DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JYMIEKA MARION,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1050

[April 9, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey W. Hendriks, Judge; L.T. Case No. 562023MM001747AXXXXX.

Daniel Eisinger, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***